IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| JOHN T. MOSLEY, | : | |
| Plaintiff | : | |
| VS. | : | CIVIL ACTION NO.: 5:09-CV-363 (HL) |
| ADAIRE WOOD, | : | |
| Defendant | : | **ORDER** |

On October 14, 2009, Plaintiff **JOHN T. MOSLEY**, a pretrial detainee at the Jones County Jail in Gray, Georgia, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983.

In an Order dated October 14, 2009, the Court ordered plaintiff to submit the proper § 1983 forms and either pay the $350.00 filing fee or submit a request to proceed *in forma pauperis* along with a certified copy of his trust fund account statement for the last six months. Plaintiff was given until October 30, 2009 to comply with this Order. Plaintiff failed to respond to the October 14, 2009 Order.

Because of his failure to comply with the Court's instructions, plaintiff's claims are hereby **DISMISSED WITHOUT PREJUDICE**.

**SO ORDERED**, this 5th day of November, 2009.

*s/ Hugh Lawson*
HUGH LAWSON
UNITED STATES DISTRICT JUDGE

lnb